In the Matter of the Estate of ALEXANDER RAVA, Deceased. WILLIAM A. McDONALD, Appellant; JOHN R. TENCH, as Administrator of the Estate of ALEXANDER RAVA, Deceased, Respondent.—

No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.

VINCENT R. KELLEY et al., on Behalf of Themselves and All Other Members of Policemen's Benevolent Association of Westchester County, Inc., Similarly Situated, Appellants, v. POLICEMEN'S BENEVOLENT ASSOCIATION OF WESTCHESTER COUNTY, INC., Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

WERNER KIENTSLER, Doing Business under the Name of QUEENS CHAIN & FINDINGS Co., Respondent, v. KARL ZERR, Doing Business under the Name of QUEENS NOVELTY CHAIN Co., Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ.